FILED
Oct 27  4 12 PM '03
DISTRICT COURT
NEW HAVEN, CONN.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MATTHEW MARCARELLI | : CIVIL NO. 3:01CV02210 (JGM) |
| V. | : |
| CITY OF NEW HAVEN | : |
| AND | : |
| SHERYL BROADNAX | : October 24, 2003 |

### MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 7 (b), the Plaintiff, Matthew Marcarelli, by and through counsel, hereby moves for an extension of time of 30 days in which to respond to the Defendant Sheryl Broadnaz's Motion to Dismiss.

The Defendant's Motion to Dismiss addresses the Plaintiff's claim for retaliation, which is the sole remaining count against Sheryl Broadnax. The Plaintiff requires an extension of time beyond the 21-day period ordinarily permitted for filing opposition papers in order to completely address Defendant's claims.

R. Edward Phillips, counsel for the Plaintiff, inquired of Rene Martineau, Esq., and Attorney Martineau has indicated that he has no objection to this extension of time.

This is the first such extension of time requested by the Plaintiff.

THE PLAINTIFF
Matthew Marcarelli

By: _____
R. Edward Phillips
Miller & Phillips, LLC
One Union Plaza, Second Floor
P.O. Box 116
New London, CT 06320
Tel. (860) 444-0437
Fax. (860)-443-1354
Juris No. 101273

## CERTIFICATION

I hereby certify that on this 24th day of October, 2003, a copy of the foregoing was mailed postage prepaid to the following:

Rene Gerard Martineau, Esq.
DelSole & DelSole, LLP
46 South Whittlesey Avenue
P. O. Box 310
Wallingford, CT 06492

Martin S. Echter, Esq.
Corporation Counsel
165 Church Street, Fourth Floor
New Haven, CT 06510

_____
R. Edward Phillips, Esquire