FILED
Nov 3 11 06 AM '03
U.S DISTRICT COURT
CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MATTHEW MARCARELLI | : CIVIL NO. 3:01CV02210 (JGM) |
| V. | : |
| CITY OF NEW HAVEN | : |
| AND | : |
| SHERYL BROADNAX | : October 29, 2003 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 7 (b), the Plaintiff, Matthew Marcarelli, by and through counsel, hereby moves for an enlargement of time until December 19, 2003 in which to respond to the Defendant City of New Haven's Motion to Dismiss dated October 24, 2003.

The Defendant City of New Haven's Motion to Dismiss addresses Plaintiff's entire claim against the city. The Plaintiff requires an extension of time beyond the 21-day period ordinarily permitted for filing opposition papers in order to completely address Defendant's claims.

Attorney Martin S. Echter, Deputy Corporation Counsel for the City of New Haven, has indicated that he has no objection to this extension of time.

This is the first such extension of time requested by the Plaintiff.

THE PLAINTIFF
Matthew Marcarelli

By: _____

R. Edward Phillips
Miller & Phillips, LLC
One Union Plaza, Second Floor
P.O. Box 116
New London, CT 06320
Tel. (860) 444-0437
Fax. (860)-443-1354
Juris No. 101273

2

## CERTIFICATION

I hereby certify that on this ___2nd___ day of October, 2003, a copy of the foregoing was mailed postage prepaid to the following:

Rene Gerard Martineau, Esq.
DelSole & DelSole, LLP
46 South Whittlesey Avenue
P. O. Box 310
Wallingford, CT 06492

Martin S. Echter, Esq.
Corporation Counsel
165 Church Street, Fourth Floor
New Haven, CT 06510

_____
R. Edward Phillips, Esquire

3