FILED

Nov 3  11 06 AM '03

U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MATTHEW MARCARELLI | : CIVIL NO. 3:01CV02210 (JGM) |
| V. | : |
| CITY OF NEW HAVEN | : |
| AND | : |
| SHERYL BROADNAX | : October 29, 2003 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 7 (b), the Plaintiff, Matthew Marcarelli, by and through counsel, hereby moves for an enlargement of time until December 19, 2003 in which to respond to the Defendant City of New Haven's Motion to Dismiss dated October 24, 2003.

The Defendant City of New Haven's Motion to Dismiss addresses Plaintiff's entire claim against the city. The Plaintiff requires an extension of time beyond the 21-day period ordinarily permitted for filing opposition papers in order to completely address Defendant's claims.

Attorney Martin S. Echter, Deputy Corporation Counsel for the City of New Haven, has indicated that he has no objection to this extension of time.

This is the first such extension of time requested by the Plaintiff.