UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MATTHEW MARCARELLI,  :  NO. 3:01CV02210 (JGM)
    Plaintiff

VS.  :

CITY OF NEW HAVEN, ET AL. :  NOVEMBER 13, 2003
    Defendants

FILED
Nov 13  2 59 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## MOTION FOR EXTENSION OF TIME OF ONE BUSINESS DAY IN WHICH TO FILE LOCAL RULE 56(a)1 STATEMENT

The undersigned respectfully moves this Honorable Court for additional business day, to and including Monday, November 17, 2003, in which to file the City's Local Rule 56(a)1 Statement and supplement our pending Motion to Dismiss as permitted by the Court's Order of October 31, 2003..

Counsel for plaintiff objects.

There have been no prior requests for such relief.

**Reasons for granting requested relief.**

1. The Court on October 31, 2003 ordered, <u>inter alia</u>, that the two defendants file Rule 56(a)1 Statements so that their respective Motions to Dismiss may be treated as Motions for Summary Judgment, and permitted the City to supplement our motion. The Statements and supplementation are currently due tomorrow, November 14, 2003.

2. I can only assume it is some fault of my own, (A) but I did not have the matter on my personal calendar, (B) a secretary who is also supposed to review mail

**ORAL ARGUMENT IS NOT REQUESTED**
**TESTIMONY IS NOT REQUIRED**

to record due dates but did not have it on the computerized calendar she keeps as a backup for me, and (C) I do not recall receiving the Order. According to the Court Clerk's computer entries, which I examined today, the October 31, 2003 Order was entered November 3 so that, as one of the Court Deputy's advises me, it would have been mailed November 3 or 4 and it would have been available to me last week or early this week at the latest. But, again, I do not recall seeing the October 31 Order at all, although it is also obviously possible that I did see it but did not read it thoroughly enough. I simply have no recollection.

3. I realized the oversight this morning upon opening mail received from counsel for the codefendant yesterday and containing codefendant's Rule 56(a)1 Statement.

4. I candidly still cannot even locate the copy of the October 31, 2003 Order mailed to me by the Court, and if it was mailed I have to assume I received it. I obtained another copy from the Court after receiving the Rule 56(a)1 Statement of codefendant.

5. What I do recall seeing was the plaintiff's most recent motion seeking until December 19, 2003 in which to respond to our Motion to Dismiss and I assumed that that was going to be granted.

5. In any event, I am currently attempting to complete a major discovery project involving thousands of pages of documents also due tomorrow in a case pending before Judge Dorsey, Kelly v. Wearing, U.S.D.C. No. 3:02CV1120 (PCD), and accordingly I am seeking the extension.

-2-

7. I am hand-delivering a courtesy copy of this motion to Chambers, and faxing copies to counsel. I will check with Your Honor's Law Clerk tomorrow morning to determine if this motion has been acted on.

Respectfully submitted,

*Martin S. Echter*
Martin S. Echter
Deputy Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510
Phone: (203) 946-7958
Fax: (203) 946-7942
Pager: 1-860-590-4432
Fed. Bar No. ct 07596
-3-

## Certificate of Service

I, Martin S. Echter, hereby certify that I have served the foregoing by causing a copy to be FAXED and MAILED, POSTAGE PREPAID, respectively to Attorney R. Edward Phillips, c/o Law Office of Warren Miller, One Union Plaza, 2d Floor, P. O. Box 116, New London, CT 06320-0116, and Attorney Rene Gerard Martineau, c/o Del Sole & Del Sole, 46 South Whittlesey Avenue, P. O. Box 310, Wallingford, CT 06492-0310, this 13th day of November, 2003.

*Martin S. Echter*
Martin S. Echter

-3-