UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MATTHEW MARCARELLI, Plaintiff | : | NO. 3:01CV02210 (JGM) |
| VS. | : | |
| CITY OF NEW HAVEN, ET AL. Defendants | : | NOVEMBER 13, 2003 |

## MOTION FOR EXTENSION OF TIME OF ONE BUSINESS DAY IN WHICH TO FILE LOCAL RULE 56(a)1 STATEMENT

The undersigned respectfully moves this Honorable Court for additional business day, to and including Monday, November 17, 2003, in which to file the City's Local Rule 56(a)1 Statement and supplement our pending Motion to Dismiss as permitted by the Court's Order of October 31, 2003..

Counsel for plaintiff objects.

There have been no prior requests for such relief.

### Reasons for granting requested relief.

1. The Court on October 31, 2003 ordered, inter alia, that the two defendants file Rule 56(a)1 Statements so that their respective Motions to Dismiss may be treated as Motions for Summary Judgment, and permitted the City to supplement our motion. The Statements and supplementation are currently due tomorrow, November 14, 2003.

2. I can only assume it is some fault of my own, (A) but I did not have the matter on my personal calendar, (B) a secretary who is also supposed to review mail

ORAL ARGUMENT IS NOT REQUESTED
TESTIMONY IS NOT REQUIRED

[handwritten margin notes: "78", "over objection", "11/14/03 - Granted to 11/17/03"]