**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

MATTHEW MARCARELLI
    v.                                            Civil No. 3:01CV2210(JGM)

CITY OF NEW HAVEN AND
SHERYL BROADNAX

**JUDGMENT**

    This matter came on for consideration on the defendants' motions for summary judgment before the Honorable Joan G. Margolis, United States Magistrate Judge. A Consent to Trial before a United States Magistrate Judge was approved on 5/13/03.

    The Court has reviewed all of the papers filed in conjunction with the motions and on March 2, 2004, entered a Ruling on Defendants' Motions for Summary Judgment granting the relief.

    It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

    Dated at New Haven, Connecticut, this 8th day of March, 2004.

                                                               KEVIN F. ROWE, CLERK
                                                              By

                                                              _____/s/_____
                                                              P.A. Moore
                                                              Deputy Clerk

EOD: _____