

FILED
MAR 11 2 06 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| MATTHEW MARCARELLI | : CIVIL NO. 3:01CV02210 (JGM) |
| V. | : |
| CITY OF NEW HAVEN | : |
| AND SHERYL BROADNAX | : MARCH 9, 2004 |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME
## IN WHICH TO FILE A MOTION FOR RECONSIDERATION

Pursuant to Local Rules 7(b) and 7 (c), the plaintiff, Matthew Marcarelli, respectfully requests an extension of ten (10) days up to and including March 22, 2004 in which to file a Motion for Reconsideration of the Court's Ruling on Defendants' Motions for Summary Judgment dated March 2, 2004. The undersigned counsel for the plaintiff received the Court's ruling on March 5, 2004 and immediately attempted to contact the plaintiff but learned that he was out of state. The short extension of time requested will allow the plaintiff and his counsel to confer and decider if and how to proceed.

The undersigned counsel for the plaintiff contacted counsel for the defendants on March 8, 2004 and they agreed to the extension of time.

THE PLAINTIFF
MATTHEW MARCARELLI

By: _____
R. Edward Phillips, Esquire
One Union Plaza, Second Floor
New London, CT 06320
(860) 444-0437
fax: 860-443-1354
# CT20999

## CERTIFICATION

This is to certify that a copy of the foregoing was faxed and mailed on March 9, 2004 to:

Martin S. Echter, Esquire
Assistant Corporation Counsel
City of New Haven
165 Church Street, 4th Floor
New Haven, CT 06510

Rene Gerard Martineau, Esquire
Del Sole & Del Sole, LLP
46 South Whittlesey Avenue
P.O. Box 310
Wallingford, CT 06492

_____
R. Edward Phillips, Esquire

2