FILED
Mar 11  2 06 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MATTHEW MARCARELLI | : CIVIL NO. 3:01CV02210 (JGM) |
| V. | : |
| CITY OF NEW HAVEN | : |
| AND SHERYL BROADNAX | : MARCH 9, 2004 |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME IN WHICH TO FILE A MOTION FOR RECONSIDERATION

Pursuant to Local Rules 7(b) and 7 (c), the plaintiff, Matthew Marcarelli, respectfully requests an extension of ten (10) days up to and including March 22, 2004 in which to file a Motion for Reconsideration of the Court's Ruling on Defendants' Motions for Summary Judgment dated March 2, 2004. The undersigned counsel for the plaintiff received the Court's ruling on March 5, 2004 and immediately attempted to contact the plaintiff but learned that he was out of state. The short extension of time requested will allow the plaintiff and his counsel to confer and decider if and how to proceed.

The undersigned counsel for the plaintiff contacted counsel for the defendants on March 8, 2004 and they agreed to the extension of time.

FILED
Mar 15 3 [illegible] PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

[handwritten margin note: 3/12/04 — Granted to 3/22/04)]